UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN PAUL BARRIOS,

               Plaintiff,

- against -

NATIONAL RAILROAD PASSANGER
CORPORATION (AMTRAK),

               Defendant.

20-cv-3639 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Responses to the respective motions in limine are due July 16, 2021.

SO ORDERED.

Dated:    New York, New York
         July 12, 2021

                                 John G. Koeltl
                            United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2021